THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES A. DEERING, Appellant, *v.* EDWARD M. GROUT, as Comptroller of the City of New York, et al., Respondents.

*People ex rel. Deering* v. *Grout,* 89 App. Div. 614, appeal dismissed.
(Argued February 9, 1904; decided February 23, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to accept a certain sum in full settlement of an assessment for a local improvement.

*Joel J. Squier* and *James A. Deering* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly, George L. Sterling* and *John F. O'Brien* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.